UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kenneth Earl Smith, Jr.,

            Plaintiff

v.

Cecil B. McCarroll III,

            Defendant

Case No. 2:25-cv-01405-RFB-EJY

**Reassignment Order**

The presiding district judge in the above-captioned action has individually and collectively determined that it is related to *United States of America v. Kenneth Earl Smith, Jr.*, Case No. 2:21-cr-00279-CDS-EJY, therefore there is good cause under Local Rule 42-1(a) to reassign it to one district judge. This civil action is considered related to the criminal action because (1) both actions involve the same parties (Smith and his assigned supervising officer Cecil McCarroll), (2) this lawsuit is based on similar claims made in the criminal action, and (3) its assignment to the same district judge, who is familiar with the parties and Smith's allegations, will promote judicial efficiency and will not result in prejudice to the parties. *See* Local Rule 42-1(a). Accordingly, the assigned district judges agree to transfer this action to District Judge Cristina D. Silva.

The Clerk of Court is therefore kindly directed to transfer and reassign Case No. 2:25-cv-001405-RFB-EJY to District Judge Cristina D. Silva for all further proceedings.

Dated: August 21, 2025

_____
Richard F. Boulware II
United States District Judge

_____
Cristina D. Silva
United States District Judge