# United States District Court for the District of Nevada

## Case No. 2:25-cv-01405-CDS-EJY

**Kenneth Earl Smith, Jr.**, Plaintiff

v.

**Cecil B. McCarroll III, et al.**, Defendants

<u>Motion for Leave to File Documents Electronically (Pro Se)</u>

**Kenneth Earl Smith, Jr.**
632 Triest Ct., #H
Las Vegas, NV 89110
Phone: (661) 488-8723
Email: `kennyk12@live.com`
*Pro Se Plaintiff*

```
 X   FILED         ___ RECEIVED
___  ENTERED       ___ SERVED ON

         October 10, 2025

      CLERK, U.S. DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ JG  DEPUTY
```

# Motion

Pursuant to Local Rule IC 2-1(b) of the United States District Court for the District of Nevada, Plaintiff **Kenneth Earl Smith, Jr.**, appearing pro se, respectfully moves for leave to file, receive, and serve documents electronically in this case using the Court's Case Management/Electronic Case Filing (CM/ECF) system.

# Grounds for Motion

1. Plaintiff is proceeding pro se and wishes to participate efficiently in this action without relying solely on U.S. mail.

2. Plaintiff possesses regular access to a computer, a reliable internet connection, and a valid PACER account.

3. Allowing electronic filing will expedite service, reduce costs, and promote efficient case management.

4. Plaintiff understands that once e-filing privileges are granted, all future filings and service will occur electronically through CM/ECF, and Plaintiff will be responsible for monitoring the docket and maintaining a valid email address.

## Relief Requested

Plaintiff respectfully requests that the Court grant this motion and authorize him to register as a pro se electronic filer in this action.

Respectfully submitted,

**/s/ Kenneth Earl Smith, Jr.**
Kenneth Earl Smith, Jr., Pro Se Plaintiff
632 Triest Ct., #H
Las Vegas, NV 89110
Phone: (661) 488-8723
Email: `kennyk12@live.com`
Dated: October 9, 2025

# Certificate of Service

I certify that on October 9, 2025, I mailed a copy of the foregoing **Motion for Leave to File Documents Electronically (Pro Se)** to all counsel of record or parties by first-class mail, properly addressed and postage prepaid.

**/s/ Kenneth Earl Smith, Jr.**

Kenneth Earl Smith, Jr.

Phone: (661) 488-8723

Email: `kennyk12@live.com`