TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kenneth Smith, Jr., | Case No. 2:25-cv-01405-CDS-EJY |
| Plaintiff, | **Stipulation and Order to Extend Time to Respond to Plaintiff's First Amended Complaint** |
| v. | |
| Cecil B. McCarroll, III, | **(First Request)** |
| Defendant. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff *pro se* Kenneth Smith, Jr., and Federal Defendant Cecil B. McCarroll, III, through his undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his complaint on August 1, 2025. ECF No. 1. Plaintiff filed his First Amended Complaint on October 24, 2025. ECF No. 18.

Plaintiff served the United States with a copy of the Summons and Complaint by mail on October 29, 2025. ECF No. 19.

The current deadline for Federal Defendant to file a response to Plaintiff's First Amended Complaint is December 29, 2025.

On December 29, 2025, Plaintiff and Federal Defendant agreed to a 21-day extension of time for Federal Defendant to file a response to Plaintiff's First Amended Complaint, in order to obtain information from USPO and to accommodate undersigned AUSA's heavy workload. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

1    Accordingly, the parties submit this stipulation to a 21-day extension from December

2  29, 2025, to **January 19, 2026**, for Federal Defendant to file a response to Plaintiff's First

3  Amended Complaint. This is Federal Defendant's first request for an extension of time. This

4  stipulated request is filed in good faith and not for the purposes of undue delay.

5    Respectfully submitted this 29th day of December 2025.

6                                        SIGAL CHATTAH
                                          First Assistant United States Attorney
7

8  */s/ Kenneth Smith, Jr.*                */s/ Summer A. Johnson*
   KENNETH SMITH, JR.                     SUMMER A. JOHNSON
9  Plaintiff Pro Se                       Assistant United States Attorney

10

11                                      **IT IS SO ORDERED:**

12

13

14

15                                      **UNITED STATES MAGISTRATE JUDGE**

16                                      **DATED:**    December 30, 2025

17

18

19

20

21

22

23

24

25

26

27

28

                                          2