TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kenneth Smith, Jr., | Case No. 2:25-cv-01405-CDS-EJY |
| Plaintiff, | **Joint Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint** |
| v. | |
| Cecil B. McCarroll, III, | **(Third Request)** |
| Defendant. | |

Federal Defendant Cecil B. McCarroll, III, ("Federal Defendant"), and Plaintiff Kenneth Smith, Jr. ("Plaintiff") respectfully request a 3-day extension to answer or otherwise respond to Plaintiff Kenneth Smith, Jr.'s (Plaintiff) First Amended Complaint (ECF No. 18).

Plaintiff filed his Complaint on August 1, 2025 (ECF No. 1). Plaintiff filed his First Amended Complaint on August 1, 2025 (ECF No. 18).

Plaintiff served the United States with a copy of the Summons and Complaint by mail on October 29, 2025. (ECF No. 19).

The current deadline to file an answer or response is January 27, 2026.

This is the third request for an extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint.

Additional time is required because counsel for the Federal Defendant was required to respond to an emergency motion for a temporary restraining order this week, which

diverted substantial time and resources from finalizing the response to the First Amended Complaint.

The requested three-day extension is modest, is sought in good faith, and will not prejudice Plaintiff. Granting this brief extension will permit Federal Defendants to finalize and file a complete and fully informed response, thereby promoting efficient resolution of the issues before the Court.

Accordingly, the parties stipulate and respectfully request that the Court extend the deadline for Federal Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 18) to **January 30, 2026**.

Respectfully submitted this 27th day of January 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Kenneth Smith, Jr.
KENNETH SMITH, JR.
Plaintiff Pro Se

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** January 28, 2026

2