UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kenneth Earl Smith, Jr.,

Plaintiff

v.

Cecil B. McCarroll III,

Defendant

Case No. 2:25-cv-01405-CDS-EJY

**Order Granting Defendant's Motion to Extend Time to File Reply**

[ECF No. 35]

Defendant Cecil McCarroll seeks a seven-day extension to file a reply in support of his motion to dismiss. Mot., ECF No. 35. McCarroll seeks this extension of time due to overlapping, time-sensitive obligations. *Id.* at 2. Plaintiff Kenneth Smith, Jr., opposes the extension of time, arguing that McCarroll failed to show good cause and that another delay resolving the motion to dismiss prejudices him. Opp'n, ECF No. 36.

"'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Although counsel's heavy caseload does not always constitute good cause, there is no reason to believe that the defendant is acting in bad faith or that an extension of time would prejudice Smith. "Consequently, requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith or prejudice to the adverse party." *Id.* (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

I find that McCarroll's requested relief is reasonable and would not result in prejudice to the plaintiff; thus, I will allow this brief extension of time.

## Conclusion

It is therefore ordered that the defendant's motion to extend time to file a reply in support of his motion to dismiss **[ECF No. 35] is granted**. The deadline is extended to February 27, 2026.

Dated: February 23, 2026

_____
Cristina D. Silva
United States District Judge

2