TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kenneth Smith, Jr.,<br><br>             Plaintiff,<br><br>      v.<br><br>United States of America; Cecil B. McCarroll, III,<br><br>             Defendants. | Case No. 2:25-cv-01405-CDS-EJY<br><br>**Stipulation and Order to Extend Time to Respond to Plaintiff's Second Amended Complaint**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff *pro se* Kenneth Smith, Jr., and Federal Defendant Cecil B. McCarroll, III, through his undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his complaint on August 1, 2025. ECF No. 1. Plaintiff filed his First Amended Complaint on October 24, 2025. ECF No. 18.

Plaintiff served the Federal Defendant with a copy of the Summons and First Amended Complaint by mail on October 29, 2025. ECF No. 19.

Federal Defendant filed their Motion to Dismiss First Amended Complaint on February 2, 2026.

Plaintiff then filed a Second Motion to Amend Complaint on March 12, 2026.

Plaintiff's Second Motion to Amend Complaint was granted on March 27, 2026 (ECF No. 40).

Plaintiff's Second Amended Complaint was filed on March 31, 2026 (ECF No. 41).

On April 20, 2026, Plaintiff and Federal Defendant agreed to a 45-day extension of time for Federal Defendant to file a response to Plaintiff's Second Amended Complaint, in order to obtain information from USPO and to accommodate undersigned AUSA's heavy workload. The standard for extending time is good cause. *See* FRCP 6(b)(1)(B).

Accordingly, the parties submit this stipulation to a 45-day extension from April 17, 2026, to **June 1, 2026**, for Federal Defendant to file a response to Plaintiff's Second Amended Complaint. This is Federal Defendant's first request for an extension of time. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 1st day of May 2026.

<div style="margin-left:50%">

TODD BLANCHE
Acting Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

</div>

/s/ Kenneth Smith, Jr.                          /s/ James R. Sweetin
KENNETH SMITH, JR.                    JAMES R. SWEETIN
*Plaintiff Pro Se*                              Assistant United States Attorney

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____May 1, 2026_____